UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION and BUNDY & SONS, INC. d/b/a/ BUNDY & SONS LOGGING,<br><br>Defendants. | No. 17-cv-1424 WBS CMK<br><br><u>ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u> |

----oo0oo----

Plaintiff initiated this case against defendants Kernen Construction ("Kernen") and Bundy & Sons, Inc. d/b/a Bundy & Sons Logging ("Bundy"), alleging claims of negligence under a theory of respondeat superior, trespass by fire, and seeking a declaratory judgment that Cal. Health & Safety Code § 13009.2 is inapplicable. (Compl. (Docket No. 1).) Presently before the court is plaintiff's Motion for Leave to File a First Amended Complaint. (Docket No. 27.)

1

Plaintiff's amended complaint differs from the original Complaint in three basic respects: (1) it adds new claims for negligent supervision (against both defendants) and for negligent hiring (against Bundy); (2) it revises factual allegations; and (3) it revises the description of the environmental and natural resource damages suffered by plaintiff. (Compare Compl. with Proposed First Amended Compl. ("Proposed FAC") (Docket No. 27-3).)

Generally, a motion to amend is subject to Rule 15(a)(2) of the Federal Rules of Civil Procedure. However, because a Status (Pretrial Scheduling) Order was issued on October 31, 2017, (Docket No. 15), Rule 16 of the Federal Rules of Civil Procedure controls instead. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1992). Under Rule 16(b), a party seeking leave to amend must demonstrate "good cause." Fed. R. Civ. P. 16(b). If good cause is found, the court then turns to Rule 15 to determine whether the amendment sought should be granted. Id. at 608.

Here, the court determines that plaintiff has satisfied both Rule 16 and Rule 15. Accordingly, it will grant plaintiff's Motion for Leave to File a First Amended Complaint, conditioned upon providing additional time for discovery as follows: (1) The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than seven days from the date this Order is issued; (2) All other discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted so as to be completed by August 30, 2018; (3) All motions, except motions for

continuances, temporary restraining orders, or other emergency applications, shall be filed on or before September 17, 2018. The Final Pretrial Conference is set for November 5, 2018, at 1:30 p.m. in Courtroom No. 5.  The trial date remains set for December 4, 2018.

    IT IS SO ORDERED.

Dated: July 23, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE