# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-1424-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KERNEN CONSTRUCTION, et al., | |
| Defendants. | |
| _____/ | |

Pending before the court is Defendant Kernen Construction Company's (Kernen) ex parte application for an order shortening time (Doc. 37). Plaintiff has filed an opposition to the request (Doc. 38) and defendant has filed a reply (Doc. 39).

Defendant Kernen is requesting an order shortening time for the motion to compel the deposition of Expert Witness Scott McIntyre to be heard before the discovery deadline. Pursuant to the original scheduling order, discovery was to be completed by August 2, 2018 (Doc. 15). The relevant motion to compel was filed on July 13, 2018. Defendant noticed the motion to be heard August 8, 2018. On July 16, 2018, the court issued a minute order informing the parties that August 8, 2018, was not an available law and motion date, and taking the hearing off calendar. Defendant then re-noticed the motion for next available law and motion date,

1

August 15, 2018. However, as the hearing was beyond the discovery deadline, defendant is requesting an order shortening time.

First, the court does not understand the use of an application for an order shortening time. Pursuant to Local Rule 251(e), "where there has been a complete and total failure to respond to a discovery request or order . . . the aggrieved party may bring a motion for relief for hearing on fourteen (14) days notice." Here, Kernen filed the motion to compel based on the plaintiff's refusal to produce a witness for deposition. Rule 251(e)'s exception therefore applies. Fourteen days notice from the July 13, 2018, filing date would have been July 27, 2018, which is within the discovery deadline.

The problem, however, is that the court was not available to hear the motion within the discovery deadline. A more appropriate request would have been a stipulation or request for the court to extend the discovery deadline in order for the motion to be heard. The court is unsure why that avenue was not considered.

Second, and more importantly, the District Court has now granted the plaintiff's motion to amend the complaint. In the order granting the motion, the District Court has extended the discovery deadline to August 30, 2018. The motion to compel is currently noticed to be heard on August 15, 2018. As this is within the current discovery deadline, an order shortening time is unnecessary.

Accordingly, IT IS HEREBY ORDERED that defendant's ex parte application for an order shortening time (Doc. 37) is denied as unnecessary.

DATED: July 25, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE