| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **IN THE UNITED STATES DISTRICT COURT** | |
| 9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | UNITED STATES OF AMERICA, | No. 2:17-CV-1424-WBS-DMC |
| 12 | Plaintiff, | |
| 13 | vs. | ORDER |
| 14 | KERNEN CONSTRUCTION, et al., | |
| 15 | Defendants. | |
| 16 | _____/ | |

17  Plaintiff brings this civil action for damages and declaratory judgment. The
18 matter is set for hearing before the undersigned in Redding, California, on September 12, 2018,
19 at 10:00 a.m. on any remaining issues related to requests for admissions. See Doc. 32 (July 13,
20 2018, order). To the extent further issues remained, the parties were directed to brief such issues
21 pursuant to Eastern District of California Local Rule 251. Local Rule 251(a) requires the parties
22 to file a joint statement regarding the discovery dispute seven days prior to the scheduled hearing.
23 The rule also provides that the matter may be dropped from the hearing calendar if no joint
24 statement is filed. See Local Rule 251(a).
25 / / /
26 / / /

1

Because the parties have not file a joint statement, the matter is hereby dropped from the September 12, 2018, calendar. See id.

IT IS SO ORDERED.

Dated: Sept 10 2018

Dennis M. Cota
United States Magistrate Judge