|    |                                                                              |                                                    |
|----|------------------------------------------------------------------------------|----------------------------------------------------|
| 1  |                                                                              |                                                    |
| 2  |                                                                              |                                                    |
| 3  |                                                                              |                                                    |
| 4  |                                                                              |                                                    |
| 5  |                                                                              |                                                    |
| 6  |                                                                              |                                                    |
| 7  |                                                                              |                                                    |
| 8  | UNITED STATES DISTRICT COURT                                                                                                                      |
| 9  | EASTERN DISTRICT OF CALIFORNIA                                                                                                                    |
| 10 | ----oo0oo----                                                                                                                                     |
| 11 |                                                                              |                                                    |
| 12 | UNITED STATES OF AMERICA,                                                    | No. 2:17-cv-01424 WBS DMC                          |
| 13 |     Plaintiff,                                           |                                                    |
| 14 |   v.                                                               | ORDER CERTIFYING A CONSTITUTIONAL CHALLENGE        |
| 15 | KERNEN CONSTRUCTION and BUNDY & SONS, INC. d/b/a BUNDY & SONS LOGGING,       |                                                    |
| 16 |                                                                              |                                                    |
| 17 |     Defendant.                                           |                                                    |

----oo0oo----

The court hereby CERTIFIES to the Attorney General of California, pursuant to Federal Rule of Civil Procedure 5.1(b), that a constitutional challenge to a state statute has been made in this case. Specifically, the United States seeks a declaratory judgment that California Health & Safety Code § 13009.2 violates the Supremacy Clause of the United States Constitution, frustrates and is hostile to federal policy, and will not apply to determine the measure of damages in this case.

The Clerk is DIRECTED to send a copy of this Order to

1

the Attorney General of California at 1300 I Street Sacramento, CA 95814-2919, accompanied by the Notice of Constitutional Challenge (Docket No. 1-1) and the United States' First Amended Complaint filed on July 26, 2018 (Docket No. 43).

Dated: September 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE