# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION and BUNDY & SONS, INC. dba BUNDY LOGGING,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-01424-WBS-DMC<br><br>**ORDER GRANTING THE UNITED STATES' REQUEST FOR LEAVE TO FILE OUT OF TIME** |

　　　Upon consideration of the United States' Request for Leave to File Out of Time, IT IS HEREBY ORDERED that the United States shall be given until October 5, 2018, to file its Response to Defendants' Separate Statement of Material Facts in Support of Their Motion for Partial Summary Judgment.

Dated: October 3, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE