UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-01424 WBS DMC |
| Plaintiff, | |
| v. | ORDER |
| KERNEN CONSTRUCTION and BUNDY & SONS, INC. d/b/a BUNDY & SONS LOGGING, | |
| Defendant. | |

----oo0oo----

Before the court is the parties' Notice of Settlement (Docket No. 114) and the Stipulation and Request for Entry of Judgment (Docket No. 115). The court notes that the parties have stipulated to entry of judgment as to Count V and have agreed that the remaining counts should be dismissed upon payment of the settlement amounts. However, a stipulation of dismissal as to the remaining counts has not yet been filed with the court. The court, in its discretion, will defer entry of final judgment as

1

to Count V until after the parties have filed their stipulation resolving the remaining counts.

IT IS SO ORDERED.

Dated: December 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE