IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION and BUNDY & SONS, INC. dba BUNDY & SONS LOGGING,<br><br>Defendants. | CASE NO. 2:17-cv-01424-WBS-DMC<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal ("Stipulation") as to Counts I – IV and VI of the United States' First Amended Complaint (Dkt. No. 43) and the cross-claims between Bundy & Sons, Inc. and Kernen Construction Co. (Dkt. Nos. 45 - 46). Having considered the Stipulation, it is hereby:

**ORDERED** that Counts I – IV and VI of the United States' First Amended Complaint (Dkt. No. 43), and all cross-claims in this action between Bundy & Sons, Inc. and Kernen Construction Co. (Dkt. Nos. 45 – 46), are dismissed with prejudice.

Dated: February 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL

1