IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cv-01424-WBS-DMC |
|---|---|
| Plaintiff, | **ORDER OF JUDGMENT** |
| v. | |
| KERNEN CONSTRUCTION and BUNDY & SONS, INC. dba BUNDY & SONS LOGGING, | |
| Defendants. | |

Before the Court is the parties' Stipulation and Request for Entry of Judgment ("Stipulation and Request") as to Count V of the United States' First Amended Complaint ("Count V"). Having considered the Stipulation and Request, it is hereby:

**ORDERED** that judgment is entered in favor of the United States on Count V in accordance with the Court's order on October 16, 2018 (Dkt. No. 89) and the parties' Stipulation and Request (Dkt. No. 114-1); and

**ORDERED** that the Clerk of the Court enter judgment on Count V in the docket for this case.

Dated: February 12, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE